## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **United States of America,** | **Criminal No. 07-439(8) (JNE / SRN)** |
| **Plaintiff,** | |
| v. | **ORDER** |
| **Tobias Tydes Davenport,** | |
| **Defendant.** | |

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated July 14, 2008.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant's motion to suppress (Doc. No. 569) is DENIED AS MOOT.

DATED:  August 20, 2008.

s/ Joan N. Ericksen
Judge Joan N. Ericksen
United States District Court Judge